UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KEITH E. BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:14cv390 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

OPINION AND ORDER

This matter is before the court on a remand from the United States Court of Appeals for the Seventh Circuit. On August 30, 2016, the Seventh Circuit granted the parties' "Joint Motion to Remand Pursuant to Federal Rule of Appellate Procedure 12.1 and Circuit Rule 57". On October 24, 2016, this court received the Mandate from the Seventh Circuit.

The parties in this case have agreed that, in light of recent opinions issued in the Seventh Circuit, that this matter should be remanded to the Social Security Administration for further administrative proceedings.

Therefore, in accordance with the Mandate, and the parties' agreement, this matter is hereby REMANDED to the Commissioner of Social Security.

Entered: November 29, 2016.

                                              s/ William C. Lee
                                              William C. Lee, Judge
                                              United States District Court